IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREGORY WADE BROOKS, II, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION H-20-2749 |
| § | |
| HCSO, ET AL., § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Plaintiff, a Harris County pretrial detainee proceeding *pro se* and seeking leave to proceed *in forma pauperis*, filed a section 1983 lawsuit for violations of his constitutional rights regarding his cumulative pretrial bonds. He seeks as judicial relief monetary damages of "$500.00 per second" of time he spends in jail, which he claims is monetary compensation of $1.2 billion per month.

Plaintiff is a "three strikes" prisoner who is barred from proceeding *in forma pauperis* under section 1915(g). *See Brooks v. Harris County Jail*, C.A. No. H-20-2112 (S.D. Tex. June 24, 2020) (listing relevant lawsuits). Moreover, he has been sanctioned with a $400.00 monetary penalty for his numerous frivolous lawsuits and ongoing waste of judicial resources. *See Brooks v. Bob Casey U.S. District Courthouse*, C.A. No. H-20-1000 (S.D. Tex. March 24, 2020). Because plaintiff has not paid the monetary sanction and does not demonstrate that he was in imminent danger of serious physical injury at the time this lawsuit was filed, he may not proceed *in forma pauperis*.

This case is DISMISSED WITHOUT PREJUDICE pursuant to section 1915(g). Any and all pending motions are DENIED AS MOOT. Plaintiff may move to reinstate this case upon full payment of the $400.00 filing fee and the $400.00 monetary sanction within twenty-eight days from date of this dismissal.

Signed at Houston, Texas, on August 7, 2020.

_____
Gray H. Miller
Senior United States District Judge